UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 16-8844-MWF(JCx)**                              Dated: **January 24, 2017**

Title:     Jitrade, Inc. -v- New Moa Collection, Inc., et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                         None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

    In light of the Notice of Settlement filed January 18, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **February 27, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                     Initials of Deputy Clerk   cw
CIVIL - GEN

-1-